AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| JAQUAN TYREE HARRIS | ) Case No. 6:16CR00001-003 |
| | ) |
| FILED AS A DETAINER WITH BLUE RIDGE REGIONAL JAIL, AMHERST | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*   JAQUAN TYREE HARRIS                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 USC 922(u) - Steal from Federal Firearm Licensee, 18 USC 922(j) - Possess stolen firearm, 18 USC 922(g) - Prohibited Person in Possession of Firearm

Date:   02/18/2016

*Issuing officer's signature*

City and state:   Roanoke, Virginia

Hon. Elizabeth K. Dillon, United States District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

Case 6:16-cr-00001-NKM   Document 38   Filed 02/18/16   Page 1 of 1   Pageid#: 88